AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAHMEL WARREN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-292

CHATHAM COUNTY DETENTION CENTER, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 4, 2024, Plaintiff's complaint is dismissed for failing to state a claim upon which relief may be granted. This case stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia

January 4, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_/s/_
(By) Deputy Clerk

GAS Rev 10/2020